**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-02021-REB

DAWN MARIE SADER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

### MINUTE ORDER[1]

The matter is before the court on the plaintiff's **Unopposed Motion To File Opening Brief Outside of Scheduling Order** [#17],[2] filed March 8, 2016. The court previously denied a nearly identical request to extend the deadlines in this case. (***See* Minute Order** [#16], filed March 4, 2016.) Counsel for plaintiff continues to rely on the same grounds that were found insufficient to support the request for extension on that occasion, and has given no explanation of the "calendaring error" he alleges caused him to miss all applicable deadlines in this case.[3]

Nevertheless, in order to avoid penalizing the plaintiff herself, I will grant an extension of the extant deadlines. Counsel for plaintiff would be well-advised in future to read the court's orders and heed the standards set forth therein, particularly those that apply to requests to modify the JCMP.

**THEREFORE, IT IS ORDERED** as follows:

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#17]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). The court uses this convention throughout this order.

[3] The court notes that the dates for submission of the opening, response, and reply briefs were all proposed and agreed to by the parties themselves. (**See Proposed Joint Case Management Plan** ¶ 8 at 2 [#13], filed December 3, 2015.)

      1.  That the **Unopposed Motion To File Opening Brief Outside of Scheduling Order** is granted;

      2.  That the **Joint Case Management Plan** ¶8 at 2 [#14], filed December 4, 2015, is amended as follows:

           **A.**    **Plaintiff's Opening Brief Due:**   April 7, 2016

           **B.**    **Defendant's Response Brief Due:**   May 7, 2016

           **C.**    **Plaintiff's Reply Brief (If Any) Due:**   May 23, 2016;

and

      3.  That all other provisions of the **Joint Case Management Plan** remain in full force and effect.

      Dated:  March 9, 2016